| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Riley, William J. | 2. Court or Organization Eighth Circuit Court of Appeals | 3. Date of Report 05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Roman Hruska U.S. Courthouse
111 South 18th Plaza, #4303
Omaha, NE 68102-1322

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member & Manager | Riley Quest, L.L.C. |
| 2. | Manager | Riley Munn Farm Partnership |
| 3. | Adjunct Professor | University of Nebraska, College of Law |
| 4. | Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 5. | Counselor/Judicial Member | Robert M. Spire Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/19/15 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty, Spring 2016 |
| 2. | 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring2015 | University of Nebraska, College of Law | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Riley, William J.** | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Reduced Membership | American Board of Trial Advocates | $450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of Omaha Accounts | A | Interest | J | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. | | None | O | W | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 | A | Dividend | M | T | | | | | |
| 6. -Janus Growth & Income | | | | | | | | | |
| 7. -Weitz Value Fund | | | | | | | | | |
| 8. -Marsico Focus Fund | | | | | | | | | |
| 9. IRA - #2 | A | Dividend | L | T | | | | | |
| 10. -American Century Income & Growth Fund | | | | | | | | | |
| 11. -Marsico Growth Fund | | | | | | | | | |
| 12. -American Century Equity Income | | | | | | | | | |
| 13. RBC Dain Rauscher 403(b) Account | C | Div. & Int. | L | T | | | | | |
| 14. -RBC Bank Deposit Program | A | Interest | J | T | | | | | |
| 15. -Davis New York Venture Fund | B | Dividend | J | T | | | | | |
| 16. -Eagle Ser | A | Dividend | J | T | | | | | |
| 17. -Growth Fund Amer Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Thornburg Inv. Inc. | A | Int./Div. | J | T | | | | | |
| 19.  Thornburg Invt. Tr | A | Dividend | J | T | | | | | |
| 20.  First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | A | Div. & Int. | O | T | | | | | |
| 21.  -Goldman Sachs-U.S. Government Money Market Fund | A | Int./Div. | K | T | Sold (part) | 04/23/15 | K | A | |
| 22.  -Goldman Sachs-U.S. Government Money Market Fund | A | Int./Div. | K | T | Sold (part) | 09/16/15 | K | A | |
| 23.  -Berkshire Hathaway, Inc. Class A Common | | | O | T | | | | | |
| 24.  RBC Account X | C | Int./Div. | L | T | | | | | |
| 25.  -Prime Money Market X-RBC | A | Interest | K | T | | | | | |
| 26.  -Ashton Funds Montag & Caldwell Growth X | A | Dividend | J | T | Sold (part) | 12/14/15 | J | A | |
| 27.  -Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 28.  -Thornburg Intl Value Fund | A | Dividend | K | T | | | | | |
| 29.  -Templeton Foreign FD CL A | A | Dividend | K | T | | | | | |
| 30.  -Diamond Hill FD | A | Dividend | J | T | | | | | |
| 31.  -Artisan Int Val FD | A | Dividend | K | T | | | | | |
| 32.  RBC Wealth Mg | D | Int./Div. | L | T | | | | | |
| 33.  -RBC Bank Deposit | A | Interest | J | T | | | | | |
| 34.  -Columbia Select Large Cap Growth C | A | Dividend | J | T | Sold (part) | 04/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Davis New York Venture Fund | A | Dividend | J | T | Sold (part) | 04/13/15 | J | A | |
| 36. -Diamond Hill Funds Small Cap | A | Dividend | J | T | Sold (part) | 04/13/15 | J | A | |
| 37. -Eagle Sur MidCap Growth FD | A | Dividend | J | T | Sold (part) | 04/13/15 | J | A | |
| 38. -Euro Pac Growth FD | A | Dividend | K | T | | | | | |
| 39. -Nebr Pub Pwr Dist Rev. Gen Elec & Pub Powr | A | Interest | K | T | Sold (part) | 07/06/15 | K | A | |
| 40. -Lincoln Neb Elec Sys Rev Elec & Pub Pwr | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William J. Riley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544